**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FTC SENSORS, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:15-cv-02002-JRG-RSP |
| v. | § § | **LEAD** |
| CARRIER CORPORATION, | § § § | |
| *Defendant,* | § | |

| | | |
|---|---|---|
| EMERSON ELECTRIC CO., | § § | Civil Action No. 2:15-cv-02012-RWS-RSP |
| *Defendant.* | § | (CONSOLIDATED) |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between Plaintiff FTC Sensors, LLC and Defendant Emerson Electric Co. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff FTC Sensors, LLC and Defendant Emerson Electric Co. are hereby dismissed with prejudice, and without further right of appeal dated August 11, 2016. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 12th day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE